1  **Tomas A. Guterres, Esq. (State Bar No. 152729)**
2  **David J. Carroll, Esq. (State Bar No. 291665)**
   **COLLINS COLLINS MUIR + STEWART LLP**
3  **1100 El Centro Street**
4  **South Pasadena, CA  91030**
   **(626) 243-1100 – FAX (626) 243-1111**
5  **Email:  tguterres@ccmslaw.com**
6  **Email:  dcarroll@ccmslaw.com**

7  Attorneys for Defendant
8  COUNTY OF LOS ANGELES

9                **UNITED STATES DISTRICT COURT**

10               **CENTRAL DISTRICT OF CALIFORNIA**

11

12  GABRIEL SANCHEZ, an individual,   )   CASE NO. 2:14-CV-06902-SS
                                      )   *[Assigned to Judge John F. Walter,*
13                                    )   *Courtroom 16]*
                    Plaintiff,        )
14                                    )
15      vs.                           )   **JOINT REPORT FOR STATUS**
                                      )   **CONFERENCE**
16  COUNTY OF LOS ANGELES, a          )
17  governmental entity; MORGAN       )   **Date:          October 27, 2014**
    ARTEAGA, an individual; and DOES  )   **Time:          8:30a.m.**
18  1 to 20, inclusive,               )   **Courtroom:    16**
                                      )
19                  Defendants.       )
20                                    )
                                      )   **Complaint Filed:  9/4/14**
21  _____  )   **Trial:  None**
22

23  **TO THE HONORABLE COURT AND ALL PARTIES:**

24          Pursuant to Rule 26 of the Federal Rules of Civil Procedure and this Court's

25  order of October 15, 2014, Plaintiff Gabriel Sanchez and Defendant County of Los

26  Angeles ("County") (collectively "the Parties") hereby submit the following Joint

27  Report:

28  / / /

**Collins Collins
Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax    (626) 243-1111

19201

1

**JOINT STATUS CONFERENCE REPORT**

/ / /

## I.   Jurisdiction, Venue, Service of Defendants

**Subject Matter Jurisdiction**.  Subject matter jurisdiction exists for Claims 1 through 3 of Plaintiff's Complaint under 28 U.S.C. § 1331.  Subject matter jurisdiction exists for Claims 4 through 6 of Plaintiff's Complaint under 28 U.S.C. § 1367.

**Personal Jurisdiction and Venue.**   The Parties do not contest personal jurisdiction or venue.

**Service of Defendants.**   Plaintiff has not yet served Defendant Morgan Arteaga.  Plaintiff estimates that service on Arteaga will be completed by December 30, 2014.

## II.   Factual Summary

Plaintiff alleges that on February 9, 2014, he was struck by a vehicle driven by Los Angeles County Deputy Sheriff Morgan Arteaga, apparently while in the process of being arrested.  Plaintiff alleges that Defendants used excessive force in seizing Plaintiff and that County has a custom, policy, and practice of failing to investigate incidents of violence.   Plaintiff also alleges related state law claims for battery, negligence, and intentional infliction of emotional distress arising from this same set of facts.

## III.   Disputed Points of Law

The Parties are not currently aware of any dispute regarding the law applicable to this case.

## IV.   Prior and Pending Motions

On October 3, 2014, County filed a Motion to Dismiss pursuant to Rule 12(b)(6).  On October 15, 2014, Magistrate Judge Suzanne Segal denied County's motion without prejudice to refile upon judicial reassignment of this matter.  Judge Segal ordered County to file a responsive pleading on or before October 29, 2014.  On October 9, 2014, Plaintiff indicated that he would amend his complaint to address some of the issues raised by County.  On October 23, 2014, the Parties further met and

**Collins Collins**
**Muir + Stewart** LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax    (626) 243-1111

19201

2

**JOINT STATUS CONFERENCE REPORT**

conferred on the scope of Plaintiff's proposed amended complaint, and Plaintiff agreed to provide County with a proposed amended complaint by October 27, 2014. The Parties will continue to meet and confer as necessary in this regard.

## V.   **Amended Pleadings**

Plaintiff has agreed to file an amended to complaint to address the issues raised by County.  Upon the eventual filing of an answer to Plaintiff's Complaint, County will include all defenses that it anticipates making in this action.  Without waiving any legal requirements as to the adding of parties, claims, or defense, the Parties propose **March 1, 2015** as the deadline for the filing of any amended pleadings.

## VI.   **Initial Disclosure Requirements**

The Parties agreed during a meet and confer teleconference on October 23, 2014 to schedule a Rule 26(f) conference within the next three (3) weeks, at which time the Parties shall agree on a date to exchange their respective Rule 26 Initial Disclosures.

## VII.   **Discovery**

**Discovery Taken to Date.**  On October 21, 2014, County served a subpoena for production of business records on Harbor/UCLA Medical Center.

**Limitations on Discovery Rules.**  The Parties agree to that discovery should proceed according to the Federal Rules of Civil Procedure and Local Rules, and do not at this time anticipate any need to modify those rules.

**Discovery Plan.**

- Initial Disclosures [Rule 26(f)(3)(A)]:  The Parties agreed during their meet and confer conference on October 23, 2014 to schedule a Rule 26(f) conference within the next three (3) weeks, at which time the Parties shall agree on a date to exchange their respective Rule 26 Initial Disclosures.
- Scope of Discovery [Rule 26(f)(3)(B)]: The Parties anticipate the need for discovery on the following issues of liability: (1) how the accident occurred; (2) any witnesses to the accident; (3) other incidents of

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone   (626) 243-1100
Fax      (626) 243-1111

19201

3

**JOINT STATUS CONFERENCE REPORT**

"violence" that Plaintiff alleges that County failed to investigate; (4) other issues unknown at this time.  The Parties anticipate the need for discovery on the following issues of damages: (1) extent of Plaintiff's injuries; (2) the cost of Plaintiff's medical care; (3) any recommended medical care; (4) any lost earnings (past and future) that Plaintiff has suffered; (5) other issues unknown at this time.  The Parties anticipate the need for discovery on County's affirmative defenses once County has filed an answer to Plaintiff's Complaint.

- <u>ESI Discovery</u> [Rule 26(f)(3)(C)]: The Parties do not anticipate voluminous discovery of electronically stored information, and thus do not anticipate any need to specially manage such discovery.

- <u>Privilege</u> [Rule 26(f)(3)(D)]: Plaintiff intends to seek the discovery of peace officer personnel records in this action.  County contends that such documents are privileged pursuant to the Official Information Privilege, California Evidence Code sections 1043, 1045, and 1046, California Penal Code sections 832.5 and 832.7, California Government Code sections 6254 and 6275, et seq., and/or privacy laws, and should be disclosed in this proceeding only upon a showing of good cause and after an in-camera review, and pursuant to a protective order.

- <u>Limits on Discovery</u> [Rule 26(f)(3)(E)]: The Parties do not at this time anticipate any need to limit discovery imposed under the Federal Rules of Civil Procedure and Local Rules.

## VIII.  <u>Related Cases</u>

The Parties are unaware of any related cases at this time.

## IX.  <u>Relief Sought</u>

Plaintiff seeks damages against County in the following amounts:

| | |
|---|---|
| Medical Damages: | Unknown at this time |
| Loss of Earning Capacity: | Unknown at this time |

**Collins Collins
Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

19201

Although County contests liability, should liability be established, County contends that damages should be calculated as follows:

| Medical Damages: | Based on the amount actually paid and accepted by the medical provider as full and final payment for medical services, and any other and further factors that may be relevant. |
| Loss of Earning Capacity: | Based on proof of earning capacity prior to injury, proof that this earning capacity has been lost or diminished, proof that the loss of earning capacity was proximately caused by the injury, proof of the dollar amount of the loss, and any other and further factors that may be relevant. |

## X.   Certificate of Interested Parties

On September 4, 2014, Plaintiff filed a Certificate of Interested Parties.   On October 17, 2014, County filed a Certificate of Interested Parties.   For the Court's convenience, the substance of the Parties' Certificates is reproduced below.

**Plaintiff.**

None.

**County of Los Angeles.**

| PARTY | CONNECTION |
| --- | --- |
| Gabriel Sanchez | Plaintiff |
| County of Los Angeles | Defendant |
| Los Angeles County Deputy Sheriff Morgan Arteaga | Defendant |

/ / /

/ / /

/ / /

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

19201

5

## XI.   **Discovery Cutoff, Motion Cutoff, Final Pre-Trial Conference, Trial Date**

The Parties propose the following cutoff dates and other trial-related dates:

| Event | Date |
|---|---|
| Initial Expert Witness Disclosures | November 1, 2015 |
| Rebuttal Expert Witness Disclosures | November 21, 2015 |
| Last Day to Complete Discovery (Expert and Non-Expert) | January 8, 2016 |
| Last Day to File Motions Related to Discovery (Expert and Non-Expert) | January 22, 2016 |
| Last Day to Hear Dispositive Motions | February 19, 2016 |
| Final Pre-Trial Conference | March 9, 2016 |
| Trial | March 14, 2016 |

## XII.   **Jury Trial**

The Parties request a jury trial.  The Parties preliminarily estimate that trial will last 6–7 court days.

## XIII.   **Settlement/Mediation**

The Parties have not yet discussed mediating this matter.  The Parties anticipate that once initial discovery has been completed, they will be better situated to evaluate settlement options and an appropriate timeline for settlement negotiations.  The Parties agree to further meet and confer on the possibility of private mediation, the selection of a private mediator, and appropriate mediation dates in light of the discovery timeline above.

## XIV.   **Complex Case**

The Parties agree that this case is not complex and does not require any specialized handling or management.

/ / /

19201

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

**JOINT STATUS CONFERENCE REPORT**

## XV.  <u>Dispositive Motions</u>

County anticipates that it may file a Motion for Summary Judgment as to some or all of the claims in Plaintiff's Complaint.  The Parties also anticipate filing Motions in Limine to exclude evidence in the event that this matter proceeds to trial.

## XVI.  <u>Unusual Legal Issues</u>

The Parties are not presently aware of any unusual legal issues that would arising during the course of the proceeding.

## XVII. <u>Order of Proof at Trial</u>

The Parties at this point do not anticipate the need for any unusual ordering of proof at trial.  The Parties will either stipulate or move the court for any change in the ordering of proof, including any severance or bifurcation.

## XVIII.  <u>Lead Trial Counsel</u>

Philip J. Layfield, Esq. shall be lead trial counsel for Plaintiff.  Mr. Layfield is registered as an ECF User and is set to receive electronic notices in this case through the ECF filing and service system.   Mr. Layfield's e-mail address of record is playfield@layfieldwallace.com.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

19201

7

JOINT STATUS CONFERENCE REPORT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

Tomas A. Guterres, Esq. shall be lead trial counsel for County.  Mr. Guterres is registered as an ECF User and is set to receive electronic notices in this case through the ECF filing and service system.    Mr. Guterres' e-mail address of record is tguterres@ccmslaw.com.


DATED: October 23, 2014                    COLLINS COLLINS MUIR + STEWART LLP


                                           By: _____
                                                DAVID J. CARROLL
                                                TOMAS A. GUTERRES
                                                Attorneys for Defendant,
                                                COUNTY OF LOS ANGELES



DATED:                                     LAYFIELD & WALLACE, APC[1]



                                           By: _____
                                                PHILIP J. LAYFIELD
                                                DONNA M. MARYANSKI
                                                Attorneys for Plaintiff,
                                                GABRIEL SANCHEZ


_____

[1] The Parties met and conferred on October 23, 2014 and agreed to the substance of this report.  However, County did not receive Plaintiff's signature before this Court's filing deadline, and thus have filed the Joint Report without it.

19201

8

**JOINT STATUS CONFERENCE REPORT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

19201

JOINT STATUS CONFERENCE REPORT

**PROOF OF SERVICE**

**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,                          )
                                             )   ss.
County of Los Angeles.                       )

I am employed in the County of Los Angeles.  I am over the age of 18 and not a party to the within action. My business address is 1100 El Centro Street, South Pasadena, California  91030.

On this date, I served the foregoing document described as **JOINT REPORT FOR STATUS CONFERENCE** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

Philip J. Layfield, Esq.
Steve H. Kim, Esq.
THE LAYFIELD LAW FIRM, APC
525 S. Douglas Street, Suite 280
El Segundo, CA 90245
(424) 835-6100 – FAX: (800) 644-9861
philip@pjllawfirm.com
steve@pjllawfirm.com
**Attorneys for Plaintiff, GABRIEL SANCHEZ**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in South Pasadena, California to be served on the parties as indicated on the attached service list.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at South Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in South Pasadena, California.

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached Service List on: _____ (Date) at _____ (Time)

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number (626) 243-1111 indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **October 23, 2014** at South Pasadena**,** California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Kim Alvarez
kalvarez@ccmslaw.com

**Collins Collins
Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

19201

10

**JOINT STATUS CONFERENCE REPORT**