closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL SANCHEZ, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COUNTY OF LOS ANGELES, a ) <br> governmental entity; MORGAN ) <br> ARTEAGA, an individual; and DOES ) <br> 1 to 20, inclusive, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV14-06902 JFW (AJWx) <br> *[Assigned to Judge John F. Walter, Courtroom 16]* <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** <br><br> **Complaint Filed:** 9/4/14 <br> **Trial:** None |

After considering the concurrently filed Stipulation to Dismiss Action with Prejudice, and with good cause appearing, it is hereby ordered as follows:

1. This entire action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date: July 17, 2015 _____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

19201

**Collins Collins Muir + Stewart** LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

1

**ORDER RE: JURISDICTION TO ENFORCE SETTLEMENT**